F I L E D
CLERK, U.S. DISTRICT COURT
8/9/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDEN RUDY LOPEZ,<br><br>    Defendant. | No. 8:23-cr-00110-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |

The Grand Jury charges:

[18 U.S.C. § 39A]

On or about February 19, 2023, in Orange County, within the Central District of California, defendant BRANDEN RUDY LOPEZ knowingly aimed the beam of a laser pointer at an aircraft, namely, a Eurocopter AS350 B2 helicopter, tail number N226PD, owned and operated by the Anaheim Police Department, in the special aircraft

//

//

1  jurisdiction of the United States, and in the flight path of said
2  aircraft.
3
4                                              A TRUE BILL
5
6                                              ___/s/_____
                                                Foreperson
7

8  E. MARTIN ESTRADA
   United States Attorney
9

10 [signature]

11 MACK E. JENKINS
   Assistant United States Attorney
12 Chief, Criminal Division

13 BENJAMIN R. BARRON
   Assistant United States Attorney
14 Chief, Santa Ana Branch Office

15 GREGORY S. SCALLY
   Assistant United States Attorney
16 Deputy Chief, Santa Ana Branch
   Office
17
   CAITLIN J. CAMPBELL
18 Assistant United States Attorney
   Santa Ana Branch Office
19
20
21
22
23
24
25
26
27
28